August 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

REBECCA ANN BURGIN, Appellant

NO. 14-13-00093-CV                    V.

JAMES  BRENT BURGIN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 24, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Rebecca Ann Burgin.

We further order this decision certified below for observance.